CRIMINAL CAUSE FOR STATUS CONFERENCE

Before:   Dora L. Irizarry, Chief U.S.D.J.   Date:  3/27/2017          Time in Court:   1:00

Docket Number:  16-CR-640 USA v. Nordlicht et al.

| | | | |
|---|---|---|---|
| Deft: | Mark Nordlicht (1) | Attorney: | Daniel Rickert Koffman and William Anthony Burck |
| Deft: | David Levy (2) | Attorney: | Michael S. Sommer and Morris Fodeman, |
| Deft: | Uri Landesman (3) | Attorney: | Gregory J. O'Connell, Peter J. Sluka, Jr., and Philip C. Patterson |
| Deft: | Joseph Sanfilippo (4) | Attorney: | Kevin J. O'Brien and Adam C. Ford |
| Deft: | Joseph Mann (5) | Attorney: | Benjamin Fischer and Jonathan S. Sack |
| Deft: | Daniel Small (6) | Attorney: | Scott B. Klugman, Seth L. Levine, and David J. Lizmi |
| Deft: | Jeffrey Shulse (7) | Attorney: | F. Andino Reynal and David M. Rody, |

AUSA(s):         Winston Paes, Alicyn Cooley, Lauren Elbert, and Sarah Evans

Court Reporter:      Annette Montalvo         Courtroom Deputy:      Christy Carosella

- Mr. Landesman's appearance previously excused.
- Court addresses representation of Mr. Shulse by local counsel (Sidley); no objection by co-defendants or the Government.
- Defense request to unseal case relation letter is denied for reasons stated. Request for redaction of document is also denied.
- Government details discovery production thusfar. Additional discovery expected (details stated), including electronic, non-potentially privileged documents.
- Government does not expect discovery to be completed by the next status conference.
- Defense requests regarding discovery, including providing indices for items produced, addressed in detail on the record.
- Issue raised regarding possibly leaks of grand jury information prior to indictment; letter sent to the Government by counsel for Mr. Nordlicht. Government's inquiry is ongoing and believes this issue would be best addressed by motion. Court will not entertain piecemeal motions, so this issue would be raised along with any other motions to be filed by defense. The Court will re-address this issue at the next status conference.
- Mr. Levine (deft. Small) requests permission to file letter in civil action relating to entry of Texas attorney (relates to stay of action). Permission to file letter is granted – defendant shall file letter by April 3; Government shall respond within five days.
- Court advises parties of its expectations with respect to all filings/requests made in the civil action and responses thereto.
- NEXT STATUS CONFERENCE: **MAY 12, 2017 AT 12:00 NOON**.
- Order of excludable delay entered between March 27 and May 12, 2017.
- Bond modification request made by Mr. Sanfilippo addressed separately.