

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WMP/ALC/LHE/SME
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 27, 2017

**By ECF and Email**

William A. Burck, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW, 11th Floor
Washington, D.C. 20001

Michael S. Sommer, Esq.
Wilson Sonsini Goodrich & Rosati P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

Gregory J. O'Connell, Esq.
De Feis O'Connell & Rose, P.C.
500 Fifth Avenue, Suite 2630
New York, New York 10110

Kevin J. O'Brien, Esq.
Ford O'Brien LLP
85 Broad Street, 28th floor
New York, New York 10004

Jonathan S. Sack, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg P.C.
565 Fifth Avenue
New York, New York 10017

Seth L. Levine, Esq.
Levine Lee LLP
650 Fifth Avenue, 13th Floor
New York, New York 10019

Michael D. Mann, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

Re:   United States v. Mark Nordlicht, et al.
      Criminal Docket No. 16-640 (DLI)

Dear Counsel:

As discussed at today's status conference in the above-captioned case, enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which was previously produced by the government on January 12, 2017 to counsel for defendants Joseph SanFilippo, Daniel Small and Jeffrey Shulse, respectively. This disclosure also supplements the government's earlier disclosures by letters dated January 23, 2017, January 26, 2017, February 14, 2017, February 24, 2017 and March 9, 2017. The government again requests reciprocal discovery from the defendants.

Defense Counsel
March 27, 2017
Page 2

Enclosed please find copies of the following documents:

- A report and corresponding notes that contain a summary of defendant Joseph SanFilippo's statements to the government on July 12, 2016 (Bates stamped EDNY-PP-JSF-000000001 to EDNY-PP-JSF-000000047);

- A report and corresponding notes that contain a summary of defendant Jeffrey Shulse's statements to the government on June 20, 2016 (Bates stamped EDNY-PP-JS-0000000001 to EDNY-PP-JS-0000000024); and a report and corresponding notes that contain a summary of defendant Shulse's statements to the government on July 26, 2016 (Bates stamped EDNY-PP-JS-0000000025 to EDNY-PP-JS-000000094); and

- A report and corresponding notes that contain a summary of defendant Daniel Small's statements to federal agents on June 8, 2016 (Bates stamped EDNY-PP-DS-000000001 to EDNY-PP-DS-000000017); and a report and corresponding notes that contain a summary of defendant Small's statements to the government on June 21, 2016, and two related email exhibits (Bates stamped EDNY-PP-DS-000000018 to EDNY-PP-DS-000000061).

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York

By:        /s/
Winston M. Paes
Alicyn L. Cooley
Lauren H. Elbert
Sarah M. Evans
Assistant U.S. Attorneys
(718) 254-6023 (Paes)

cc: Clerk of the Court (DLI) (by ECF) (w/o enclosures)