

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WMP/ALC/LHE/SME  *271 Cadman Plaza East*
F. #2016R00505  *Brooklyn, New York 11201*

April 3, 2017

**By ECF and Federal Express**

William A. Burck, Esq.  Michael S. Sommer, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP  Wilson Sonsini Goodrich & Rosati P.C.
777 6th Street NW, 11th Floor  1301 Avenue of the Americas, 40th Floor
Washington, D.C. 20001  New York, New York 10019

Gregory J. O'Connell, Esq.  Kevin J. O'Brien, Esq.
De Feis O'Connell & Rose, P.C.  Ford O'Brien LLP
500 Fifth Avenue, Suite 2630  85 Broad Street, 28th floor
New York, New York 10110  New York, New York 10004

Jonathan S. Sack, Esq.  Seth L. Levine, Esq.
Morvillo, Abramowitz, Grand, Iason &  Levine Lee LLP
Silberberg P.C.  650 Fifth Avenue, 13th Floor
565 Fifth Avenue  New York, New York 10019
New York, New York 10017

Michael D. Mann, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

   Re: United States v. Mark Nordlicht, et al.
     Criminal Docket No. 16-640 (DLI)

Dear Counsel:

  Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures by letters dated January 23, 2017, January 26, 2017, February 14, 2017, February 24, 2017, March 9, 2017 and March 27, 2017. The government again requests reciprocal discovery from the defendants.

  Enclosed on a compact disc are copies of bank records pertaining to a total of 16 accounts (Bates stamped EDNY-PP-BR-000361954 to EDNY-PP-BR-000327741). Also

Defense Counsel
April 3, 2017
Page 2

attached is an index entitled "Seventh Discovery Production Index" that describes the records produced in the instant disclosure.

          Very truly yours,

          BRIDGET M. ROHDE
          Acting United States Attorney
          Eastern District of New York

By:       /s/
          Winston M. Paes
          Alicyn L. Cooley
          Lauren H. Elbert
          Sarah M. Evans
          Assistant U.S. Attorneys
          (718) 254-6023 (Paes)

cc:    Clerk of the Court (DLI) (by ECF) (w/o enclosures)