

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMK:ALC/LHE
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 19, 2017

BY HAND DELIVERY AND ECF

The Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Mark Nordlicht, et al.
                 Criminal Docket No. 16-640 (DLI)

Dear Chief Judge Irizarry:

      The government respectfully submits this letter, as directed by the Court at the May 12, 2017 status conference in the above-captioned case, in order to provide information about the sealing status of the affidavit submitted in support of the government's application for a search warrant (the "Affidavit") for the offices of Platinum Partners, L.P., which search warrant was executed on June 22, 2016.

      Earlier today, U.S. Magistrate Judge Gabriel W. Gorenstein in the Southern District of New York entered an order (the "Limited Unsealing Order") that unsealed for public filing a redacted version of the Affidavit (the "Redacted Affidavit").[1]  Accordingly, the government does not object to public filing of the Redacted Affidavit in the instant case.[2]  The government has enclosed copies of the Redacted Affidavit with the copies of the instant

---

[1] The redactions in the Redacted Affidavit are either (1) of references to named individuals other than the defendants charged in the above-captioned case, or (2) consistent with redactions the government made in the publicly filed versions of its Memorandum of Law in Opposition to Certain Defendants' Motion Alleging Disclosure to the Press in Violation of Fed. R. Crim. P. 6(e), dated April 26, 2017, ECF No. 122, and its Declaration, ECF No. 122-1.

[2] The Limited Unsealing Order permits full unsealing of the Affidavit upon an order of a U.S. District Judge or U.S. Magistrate Judge of the United States District Court for the Eastern District of New York.

letter to be hand-delivered to the Court's chambers, and also will send the Redacted Affidavit to defense counsel by email today.

                                                Respectfully submitted,

                                                BRIDGET M. ROHDE
                                                Acting United States Attorney

By:   /s/_____
       Alicyn L. Cooley
       Lauren Howard Elbert
       Sarah M. Evans
       Assistant U.S. Attorneys
       (718) 254-6389 (Cooley)

Encl.

cc:     Clerk of the Court (DLI) (by ECF) (w/o enclosure)
        All counsel (by ECF)