

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| ALC/LHE/SME | *271 Cadman Plaza East* |
| F. #2016R00505 | *Brooklyn, New York 11201* |

May 26, 2017

**By ECF, FedEx and Email**

William A. Burck, Esq.  
Quinn Emanuel Urquhart & Sullivan, LLP  
777 6th Street NW, 11th Floor  
Washington, D.C. 20001  

Michael S. Sommer, Esq.  
Wilson Sonsini Goodrich & Rosati P.C.  
1301 Avenue of the Americas, 40th Floor  
New York, New York 10019  

Gregory J. O'Connell, Esq.  
De Feis O'Connell & Rose, P.C.  
500 Fifth Avenue, Suite 2630  
New York, New York 10110  

Kevin J. O'Brien, Esq.  
Ford O'Brien LLP  
85 Broad Street, 28th floor  
New York, New York 10004  

Jonathan S. Sack, Esq.  
Morvillo, Abramowitz, Grand, Iason & Silberberg P.C.  
565 Fifth Avenue  
New York, New York 10017  

Seth L. Levine, Esq.  
Levine Lee LLP  
650 Fifth Avenue, 13th Floor  
New York, New York 10019  

Michael D. Mann, Esq.  
Sidley Austin LLP  
787 Seventh Avenue  
New York, New York 10019  

      Re:    United States v. Mark Nordlicht, et al.  
             Criminal Docket No. 16-640 (DLI)

Dear Counsel:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures by letters dated January 23, 2017, January 26, 2017, February 14, 2017, February 24, 2017, March 9, 2017, March 27, 2017, April 3, 2017, April 12, 2017, April 26, 2017, May 5, 2017 and May 11, 2017. The government again requests reciprocal discovery from the defendants.

Defense Counsel
May 26, 2017
Page 2

       The enclosed compact disc contains electronic copies of hard copy materials that were recovered through the search executed at the offices of Platinum Partners on June 22, 2016, and were seized from the locations described below:

- An office associated with the defendant Mark Nordlicht:
  EDNY-PP-HC-000011726 - EDNY-PP-HC-000012328;

- An office associated with the defendant David Levy:
  EDNY-PP-HC-000012329 - EDNY-PP-HC-000013213 and EDNY-PP-HC-000013513 - EDNY-PP-HC-000016616;

- An office associated with David Steinberg:
  EDNY-PP-HC-000013214 - EDNY-PP-HC-000013512 and
  EDNY-PP-HC-000022308 - EDNY-PP-HC-000022723;

- An office associated with the defendant Joseph SanFilippo: EDNY-PP-HC-000016617 - EDNY-PP-HC-000018544;

- An office associated with the defendant Uri Landesman:
  EDNY-PP-HC-000018545 - EDNY-PP-HC-000018955;

- A cubicle associated with Eli Rakower:
  EDNY-PP-HC-000018956 - EDNY-PP-HC-000022307; and

- An office associated with Murray Huberfeld and David Bodner:
  EDNY-PP-HC-000022724 - EDNY-PP-HC-000027948.

    Very truly yours,

    BRIDGET M. ROHDE
    Acting United States Attorney
    Eastern District of New York

By:     /s/
    Alicyn L. Cooley
    Lauren H. Elbert
    Sarah M. Evans
    Assistant U.S. Attorneys
    (718) 254-6389 (Cooley)

cc:    Clerk of the Court (DLI) (by ECF) (w/o enclosures)