

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALC/LHE/SME
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 27, 2017

**By ECF, Email and Federal Express**

William A. Burck, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW, 11th Floor
Washington, D.C. 20001

Gregory J. O'Connell, Esq.
De Feis O'Connell & Rose, P.C.
500 Fifth Avenue, Suite 2630
New York, New York 10110

Jonathan S. Sack, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg P.C.
565 Fifth Avenue
New York, New York 10017

Michael D. Mann, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

Michael S. Sommer, Esq.
Wilson Sonsini Goodrich & Rosati P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

Kevin J. O'Brien, Esq.
Ford O'Brien LLP
575 Fifth Avenue, 17th Floor
New York, New York 10017

Seth L. Levine, Esq.
Levine Lee LLP
650 Fifth Avenue, 13th Floor
New York, New York 10019

Re:   United States v. Mark Nordlicht, et al.
      Criminal Docket No. 16-640 (DLI)

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures by letters dated January 23, 2017, January 26, 2017, February 14, 2017, February 24, 2017, March 9, 2017, March 27, 2017, April 3, 2017, April 12, 2017, April 26, 2017, May 5, 2017, May 11, 2017, May 26, 2017, June 16, 2017, June 20, 2017, July 3, 2017, July 6, 2017 and July 17, 2017. The government again requests reciprocal discovery from the defendants.

Defense Counsel
July 27, 2017
Page 2

The government has enclosed compact discs containing:

- Typed and handwritten notes of meetings and interviews conducted by staff of the Office of Compliance Inspections and Examinations ("OCIE") of the United States Securities Exchange and Commission in connection with the 2014 examination of Platinum Partners:
OCIE 000000001 – OCIE 000000261.

- Email correspondence between OCIE staff and certain of the defendants:
OCIE000000262 – OCIE000000267.

- Inventories reflecting items seized during the search executed at the offices of Platinum Partners on June 22, 2016:
EDNY-PP-SW-000000034 – EDNY-PP-SW-000000097.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York

By: _____/s/_____
Alicyn L. Cooley
Lauren H. Elbert
Sarah M. Evans
Assistant U.S. Attorneys
(718) 254-6389 (Cooley)

cc: Clerk of the Court (DLI) (by ECF) (w/o enclosures)