**quinn emanuel** trial lawyers | washington, dc

777 Sixth Street NW, 11th Floor, Washington, District of Columbia 20001-3706 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S EMAIL ADDRESS
**williamburck@quinnemanuel.com**

August 10, 2017

<u>VIA EMAIL AND HAND DELIVERY</u>

The Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Nordlicht, et al., 16-cr-640 (DLI)</u>

Dear Chief Judge Irizarry:

      We write on behalf of Defendant Mark Nordlicht to request leave to file under seal an unredacted version of an exhibit to his response to the government's letter dated August 9, Dkt. No. 188, and to file publicly a redacted version.

      The government's submission contains redactions that it previously sought the Court's permission to apply.  *See* Dkt. No. 187.  Pending the Court's resolution of the government's request, to which Mr. Nordlicht does not object, Mr. Nordlicht seeks permission to apply corresponding redactions to his response and accompanying exhibits.  If the Court denies the government's request, Mr. Nordlicht promptly will file the unredacted version of the exhibit on the public docket.

Respectfully submitted,

/s/ William A. Burck
William A. Burck

cc:    All counsel of record (by email)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH