

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALC/LHE/SME
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 22, 2017

**By ECF, Email and Federal Express**

| | |
|---|---|
| William A. Burck, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>777 6th Street NW, 11th Floor<br>Washington, D.C. 20001 | Michael S. Sommer, Esq.<br>Wilson Sonsini Goodrich & Rosati P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019 |
| Gregory J. O'Connell, Esq.<br>De Feis O'Connell & Rose, P.C.<br>500 Fifth Avenue, Suite 2630<br>New York, New York 10110 | Kevin J. O'Brien, Esq.<br>Ford O'Brien LLP<br>575 Fifth Avenue, 17th Floor<br>New York, New York 10017 |
| Jonathan S. Sack, Esq.<br>Morvillo, Abramowitz, Grand, Iason &<br>Silberberg P.C.<br>565 Fifth Avenue<br>New York, New York 10017 | Seth L. Levine, Esq.<br>Levine Lee LLP<br>650 Fifth Avenue, 13th Floor<br>New York, New York 10019 |
| Michael D. Mann, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, New York 10019 | |

Re: United States v. Mark Nordlicht, et al.
Criminal Docket No. 16-640 (DLI)

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures by letters dated January 23, 2017, January 26, 2017, February 14, 2017, February 24, 2017, March 9, 2017, March 27, 2017, April 3, 2017, April 12, 2017, April 26, 2017, May 5, 2017, May 11, 2017, May 26, 2017, June 16, 2017, June 20, 2017, July 3, 2017, July 6, 2017, July 17, 2017, July 27, 2017 and August 21, 2017. The government again requests reciprocal discovery from the defendants.

Defense Counsel
August 22, 2017
Page 2

      Enclosed is a compact disc containing documents produced to the government by Baker Hostetler LLP, which have been Bates numbered BHBlackElk000001 – BHBlackElk020318.

      Very truly yours,

      BRIDGET M. ROHDE
      Acting United States Attorney
      Eastern District of New York

By:    /s/
      Alicyn L. Cooley
      Lauren H. Elbert
      Sarah M. Evans
      Assistant U.S. Attorneys
      (718) 254-6389 (Cooley)

cc:    Clerk of the Court (DLI) (by ECF) (w/o enclosures)