CRIMINAL CAUSE FOR STATUS CONFERENCE

Before:   Dora L. Irizarry, Chief U.S.D.J.        Date:  August 28, 2017        Time in Court: 1:16

Docket Number:  16-CR-640 USA v. Nordlicht et al.

| | | | |
|---|---|---|---|
| Deft: | Mark Nordlicht (1) | Attorneys: | Daniel Koffman and William Burck |
| Deft: | David Levy (2) | Attorneys: | Michael S. Sommer and Morris Fodeman, |
| Deft: | Uri Landesman (3) | Attorneys: | Gregory J. O'Connell and Vera Kachnowski |
| Deft: | Joseph Sanfilippo (4) | Attorney: | Kevin J. O'Brien and Adam Pollock |
| Deft: | Joseph Mann (5) | Attorneys: | Benjamin Fischer and Jonathan S. Sack |
| Deft: | Daniel Small (6) | Attorneys: | Seth L. Levine and Tracy Dayton |
| Deft: | Jeffrey Shulse (7) | Attorneys: | David M. Rody and Sonia Marquez |

AUSA(s):    Alicyn Cooley, Lauren Elbert, Sarah Evans, and Andrew Gilman (taint team representative)

Court Reporter:  Georgette Betts        Courtroom Deputy:    Christy Carosella

***

Government updates Court on status of discovery. Court notes that the motion for a bill of particulars is fully briefed and *sub judice*.

Court expects to issue a decision on motion re grand jury leaks by the end of this week.

Additional discovery issues raised by defense counsel. Status report from government's taint team due by September 28, 2017.

Next status conference scheduled for October 17, 2017 at 10:00 AM in courtroom 4 A South.

Mr. O'Connell (defendant Landesman) requests motion and trial schedule. Motion schedule set: Defendants' motions due November 10, 2017; Government's response(s) due December 8, 2017; defendants' replies due December 22, 2017.

Court will set trial date at next conference.

Separate motion schedule set for defendant Shulse's severance motion: Motion due by September 15, 2017; Government's response due October 6, 2017; defendant's reply due October 20, 2017.

Time excluded on consent and in the interest of justice between August 28 and October 17, 2017.