

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALC/LHE/SME
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 30, 2017

**By ECF and Email**

William A. Burck, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW, 11th Floor
Washington, D.C. 20001

Gregory J. O'Connell, Esq.
De Feis O'Connell & Rose, P.C.
500 Fifth Avenue, Suite 2630
New York, New York 10110

Jonathan S. Sack, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg P.C.
565 Fifth Avenue
New York, New York 10017

Michael D. Mann, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

Michael S. Sommer, Esq.
Wilson Sonsini Goodrich & Rosati P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

Kevin J. O'Brien, Esq.
Ford O'Brien LLP
85 Broad Street, 28th floor
New York, New York 10004

Seth L. Levine, Esq.
Levine Lee LLP
650 Fifth Avenue, 13th Floor
New York, New York 10019

Re:   United States v. Mark Nordlicht, et al.
      Criminal Docket No. 16-640 (DLI)

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures by letters dated January 23, 2017, January 26, 2017, February 14, 2017, February 24, 2017, March 9, 2017, March 27, 2017, April 3, 2017, April 12, 2017, April 26, 2017, May 5, 2017, May 11, 2017, May 26, 2017, June 16, 2017, June 20, 2017, July 3, 2017, July 6, 2017, July 17, 2017, July 27, 2017, August 21, 2017 and August 22, 2017. The government again requests reciprocal discovery from the defendants.

Defense Counsel
August 30, 2017
Page 2

The government has made available at First Choice Copy ("First Choice") for reproduction to the defendants, pursuant to the terms and restrictions of the Stipulation and Order filed on January 23, 2017 in the above-captioned case (the "Protective Order"), ECF No. 76; see id. ¶¶ 1-5 & 7, the following materials:

- Business records and other documents obtained by the United States Securities and Exchange Commission ("SEC") from:

| | |
|---|---|
| B Asset Manager | SEC-NY-09271-EPROD-003799819 - SEC-NY-09271-EPROD-003956191 |
| CNO Financial Group | SEC-NY-09271-EPROD-003956192 - SEC-NY-09271-EPROD-004049399 |
| Capital One | SEC-NY-09271-EPROD-004049400 - SEC-NY-09271-EPROD-004113854; SEC-NY-09271-EPROD-004275383 |
| CohnReznick | SEC-NY-09271-EPROD-004113855 - SEC-NY-09271-EPROD-004117874 |
| Credit Suisse | SEC-NY-09271-EPROD-004117875 |
| Duff & Phelps | SEC-NY-09271-EPROD-004117876 - SEC-NY-09271-EPROD- 004133621 |
| Senior Health Insurance Company of Pennsylvania | SEC-NY-09271-EPROD-004133622 - SEC-NY-09271-EPROD-004134065 |
| First National Bank of Central Texas | SEC-NY-09271-EPROD-004134066 - SEC-NY-09271-EPROD-004135094 |
| KPMG | SEC-NY-09271-EPROD-004135095 - SEC-NY-09271-EPROD-004148750 |
| Old Mutual Bermuda Holdings | SEC-NY-09271-EPROD-004148751 - SEC-NY-09271-EPROD-004148754 |
| Bermuda Monetary Authority | SEC-NY-09271-EPROD-004148755 - SEC-NY-09271-EPROD-004162221 |
| Cayman Island Monetary Authority | SEC-NY-09271-EPROD-004162222 - SEC-NY-09271-EPROD-004180606 |

Defense Counsel
August 30, 2017
Page 3

| Financial Industry Regulatory Authority | SEC-NY-09271-EPROD-004180607 - SEC-NY-09271-EPROD-004180611 |
|---|---|
| JPMorgan Chase | SEC-NY-09271-EPROD-004180612 - SEC-NY-09271-EPROD-004210149 |
| Signature Bank | SEC-NY-09271-EPROD-004210150 - SEC-NY-09271-EPROD-004219881 |
| An investor in PPVA | SEC-NY-09271-EPROD-004219882 - SEC-NY-09271-EPROD-004221273 |
| TriNet | SEC-NY-09271-EPROD-004221274 - SEC-NY-09271-EPROD-004275369 |
| United Parcel Service | SEC-NY-09271-EPROD-004275370 - SEC-NY-09271-EPROD-004275382 |

Also attached is an index entitled "2017.08.30 Bank Records Index" that describes the bank records produced in the instant disclosure (the sources and Bates ranges of which are also indicated in the chart above).

- Materials obtained from the following individuals formerly associated with Platinum Partners (note that the prefix for each of the below Bates ranges is either the initials or the last name of the relevant individual):
    o EDNY000001 – EDNY002601;
    o 000001 – 000127;
    o USAO-00001 – USAO001409;
    o 000000001; and
    o 000001 – 003961.

Defense Counsel
August 30, 2017
Page 4

      You may obtain copies of the materials listed above by contacting Joseph Meisner at First Choice at 718-381-1480, extension 212, and referencing the print order number provided by email. First Choice is located at 52-08 Grand Avenue, Maspeth, New York 11378.

      Very truly yours,

      BRIDGET M. ROHDE
      Acting United States Attorney
      Eastern District of New York

By:     /s/
      Alicyn L. Cooley
      Lauren H. Elbert
      Sarah M. Evans
      Assistant U.S. Attorneys
      (718) 254-6389 (Cooley)

cc:    Clerk of the Court (DLI) (by ECF) (w/o enclosures)