**quinn emanuel** trial lawyers | washington, dc

777 Sixth Street NW, 11th Floor, Washington, District of Columbia 20001-3706 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S EMAIL ADDRESS
williamburck@quinnemanuel.com

December 15, 2017

<u>**VIA ECF**</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Nordlicht, et al., 16 Cr. 640 (BMC)</u>

Dear Judge Cogan:

      We write on behalf of Defendant Mark Nordlicht to request limited modifications to the terms of Mr. Nordlicht's conditions of release. Specifically, Mr. Nordlicht respectfully requests that the Court modify the conditions to permit him to travel to Vermont for a family holiday between December 23 and December 28, 2017. We have conferred with the government and with Pretrial Services, and neither objects.

Respectfully submitted,

<u>/s/ William A. Burck</u>
William A. Burck
Alexander B. Spiro

cc:    All counsel of record (by ECF)
        Pretrial Services (by email)