# quinn emanuel trial lawyers | washington, dc

777 Sixth Street NW, 11th Floor, Washington, District of Columbia 20001-3706 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S EMAIL ADDRESS
**williamburck@quinnemanuel.com**

December 26, 2017

<u>VIA ECF</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Nordlicht, et al., 16 Cr. 640 (BMC)</u>

Dear Judge Cogan:

  We represent Defendant Mark Nordlicht and write regarding the January 3, 2018 deadline for Mr. Nordlicht's reply brief on his motion to suppress the results of the June 22, 2016 search. In its opposition to the motion filed on December 20, 2017, the government included a 72-page memorandum of law. Dkt. No. 269. Given the length of the government's opposition, the defense requires additional time to digest and respond and thus respectfully requests an additional week, until January 10, 2018, to file its reply. The government has no objection to this extension request, which is the first such request with respect to the reply brief.

Respectfully submitted,

 /s/ William A. Burck
William A. Burck
Alexander B. Spiro

cc: All counsel of record (by ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH