

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMK:ALC/LHE/PTH                              *271 Cadman Plaza East*
F. # 2016R00505                              *Brooklyn, New York 11201*

August 3, 2018

By Hand and ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Mark Nordlicht et al.
>       Criminal Docket No. 16-640 (BMC)

Dear Judge Cogan:

The government respectfully submits this letter in response to the letter submitted by the defendant Mark Nordlicht earlier today, enclosing a legal opinion provided by an attorney in both Israel and the United States, Amnon Shiboleth, Esq.  ECF Docket No. 367.  The government respectfully requests an opportunity to briefly respond to this submission, and respectfully submits that it be permitted to file such a response with the Court by Monday, August 6.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

By:      _____/s/_____
         Alicyn L. Cooley
         Lauren Howard Elbert
         Patrick T. Hein
         Assistant U.S. Attorneys
         (718) 254-7577 (Elbert)

cc.    Defense counsel (by ECF)