

# LISABETH J. FRYER, P.A.
### ATTORNEY & COUNSELOR AT LAW

August 7, 2018

**VIA CM/ECF**

The Honorable Brian M. Cogan
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *United States v. Mark Nordlicht, et al., No. 1:16-cr-00640-BMC*

Dear Judge Cogan:

    The Government's letter is both untimely and moot. Mr. Jules Nordlicht passed late in the day on August 3, 2018. Defendant complied with this Court's August 2, 2018 Order and additional requirements imposed by pretrial services, any agency of the Government.

    Mr. Nordlicht accompanied his father's remains to Israel over the weekend. His full travel itinerary was provided to pretrial services. Mr. Nordlicht will sit shiva in Israel, return to New York on Wednesday August 8th and continue to sit shiva in New York. Further, Mrs. Nordlicht and five of their six children did not accompany Mr. Nordlicht to Israel. They remain in New York.

    Mr. Nordlicht respectfully requests the Government give him the opportunity to grieve.

                                      Sincerely,

                                       /s/

                                     Jose Baez
                                     Ronald S. Sullivan Jr.
                                     Lisabeth Fryer
                                     (counsel for Mark Nordlicht)

cc: All Counsel of Record (via CM/ ECF)

---

☎ (407) 960-2671    🌐 www.lisabethfryer.com    ✉ lisabeth@lisabethfryer.com
📍 250 International Pkwy., Suite 134   Lake Mary FL 32746