# LISABETH J. FRYER, P.A.
#### ATTORNEY & COUNSELOR AT LAW

August 15, 2018

**VIA CM/ECF**

The Honorable Brian M. Cogan
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *United States v. Mark Nordlicht, et al., No. 1:16-cr-00640-BMC*

Dear Judge Cogan:

    The Government and the undersigned counsel for Mr. Nordlicht have conferred and have scheduled the Government's Motion to Readdress Mr. Nordlicht's Conditions of Bond to be heard at on August 23, 2018 at 4:30pm, or as soon thereafter as counsel can be heard, in Courtroom 8D South before this Honorable Court.

                                       Sincerely,

                                       /s/

                                     Jose Baez
                                     Ronald S. Sullivan Jr.
                                     Lisabeth Fryer
                                     (counsel for Mark Nordlicht)

cc: All Counsel of Record (via CM/ECF)