

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

February 15, 2019

**VIA CM/ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   <u>United States v. Mark Nordlicht, et al.</u>, No. 1:16-cr-00640-BMC

Dear Judge Cogan:

    As the Court may recall, at the last status conference, the undersigned requested that, given the number of defendants, the Court grant the defense additional peremptory challenges. <u>See</u> Fed. R. Crim.P. 24(b). Your Honor indicated that You were inclined "to give some additional challenges to the defense and some lesser number of additional challenges to the Government[]" and urged to the parties to try to come to an agreement on the appropriate parameters. Tr. 1/11/19 Status Conference at 34-35.

    The parties have consulted and, subject to the Court's approval, respectfully jointly request that the Court grant an additional 6 strikes to the defense and 3 to the Government, resulting in a total of 16 and 9, respectively.

                                      Respectfully submitted,

                                      WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation

                                    <u>s/ Morris J. Fodeman</u>
                                    Morris J. Fodeman
                                    Michael S. Sommer

Cc: All Counsel of Record (via CM/ECF)