

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ALC/DCP/PTH  *271 Cadman Plaza East*
F. #2016R00505  *Brooklyn, New York 11201*

February 15, 2019

**By ECF and Email**

Jose Baez, Esq.  
The Baez Law Firm  
40 SW Thirteenth Street, Suite 901  
Miami, Florida 33130

Michael S. Sommer, Esq.  
Wilson Sonsini Goodrich & Rosati P.C.  
1301 Avenue of the Americas, 40th Floor  
New York, New York 10019

Kevin J. O'Brien, Esq.  
Ford O'Brien LLP  
575 Fifth Avenue, 17th Floor  
New York, New York 10017

Michael D. Mann, Esq.  
Sidley Austin LLP  
787 Seventh Avenue  
New York, New York 10019

Seth L. Levine, Esq.  
Levine Lee LLP  
650 Fifth Avenue, 13th Floor  
New York, New York 10019

Re:  United States v. Mark Nordlicht, et al.
     Criminal Docket No. 16-640 (BMC)

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. All of the enclosed materials qualify as "Discovery Materials" under the January 23, 2017 Stipulation and Order entered in the above-captioned case, ECF Docket No. 76, and their use and dissemination are restricted as provided in that Stipulation and Order. This disclosure supplements the government's earlier disclosures by letters dated January 23, 2017, January 26, 2017, February 14, 2017, February 24, 2017, March 9, 2017, March 27, 2017, April 3, 2017, April 12, 2017, April 26, 2017, May 5, 2017, May 11, 2017, May 26, 2017, June 16, 2017, June 20, 2017, July 3, 2017, July 6, 2017, July 17, 2017, July 27, 2017, August 21, 2017, August 22, 2017, August 30, 2017, September 15, 2017, October 4, 2017, November 7, 2017, December 26, 2017, March 6, 2018 April 2, 2018, May 10, 2018, June 28, 2018, October 5, 2018, October 26, 2018, January 4, 2019, January 25, 2019, and February 4, 2019. The government again requests reciprocal discovery from the defendants.

Defense Counsel
February 15, 2019
Page 2

The discovery production mailed to you on February 15, 2019 contains the following materials received by the government from third parties:

- Emails and other documents received by the government, and produced by the following individuals whose names have been provided to you in the government's February 15, 2019 email:

    o JB-000001 – JB-000123
    o JH-000003105 – JH-000003138
    o AJ-000000001 – AJ-000000426
    o BM-000001 – BM-000006
    o TW-000000001 – TW-000000148
    o AZ-00000001 – AZ-00000152

- Affidavits for brokerage records produced by brokerage firms or other financial institutions, relating to the holders of Black Elk Energy Offshore Operations, LLC's 13.75 percent senior secured notes due on December 1, 2015 (the "BE Bonds")

    o BLACK ELK ENERGY 000004
    o CBNA000009
    o FIRST-CLEARING-000019
    o JPM-CLEARING-000002
    o MS 00000002
    o MTBANK-000012
    o RBCCM-000002
    o VAN0011
    o WEDBUSH-000003

- Affidavits for various bank records previously produced by the Government: EDNY-PP-BR-000372922 - EDNY-PP-BR-000372942

- A Black Elk Energy Offshore Operations LLC filing with the U.S. Securities and Exchange Commission: BEE_F-00001235

- Records provided by the Platinum Receiver: RECEIVER_00000001 - RECEIVER_00000030

- Business records and other documents obtained by the United States Securities and Exchange Commission ("SEC") and provided to the government since the government's last discovery production: SEC-NY-09271-EPROD-004770851 - SEC-NY-09271-EPROD-004772536.  A description of those documents is set forth below:

Defense Counsel
February 15, 2019
Page 3

| Name of Bank | Account Number | Account Name |
|---|---|---|
| Sterling | 5454 | Nordlicht Management III LLC |
| Sterling | 9927 | LaFitte Energy LLC |
| Sterling | 5744 | Golden Globe Energy Corp. |
| Sterling | 0359 | BA Note Acquisition LLC |
| Sterling | 0578<br>0607 | Platinum Partners Liquid Opportunity Fund (USA) L.P. |
| Sterling | 0586<br>0615 | Platinum Partners Liquid Opportunity Fund (International) Ltd. |
| Sterling | 0594 | Platinum Partners Liquid Opportunity Fund L.P. |
| Sterling | 0623 | MNDR Group LLC |
| Sterling | 3162 | Mark Nordlicht Grantor Trust |
| Sterling | 6806 | Henley Investment Partners, LP |
| Sterling | 8820 | TKN Equity LLC |
| Sterling | 0703 | Mark Nordlicht |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

By:     /s/
Alicyn L. Cooley
David C. Pitluck
Patrick T. Hein
Assistant U.S. Attorneys
(718) 254-6389/6108/6284

cc: Clerk of the Court (BMC) (by ECF) (w/o enclosures)
    Defense Counsel (by ECF and E-mail) (w/o enclosures)