UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------- x
: 
UNITED STATES OF AMERICA,  :
:
:   Case No. 16-cr-640 (BMC)
v.  :
:
MARK NORDLICHT, et al.,  :
:
               Defendants.  :
:
:
---------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John Gleeson of Debevoise & Plimpton LLP hereby enters an appearance as counsel of record for third-parties Mark P. Goodman and Michael B. Mukasey in the above-captioned case.

Dated:    New York, New York
             April 17, 2019

                                DEBEVOISE & PLIMPTON LLP

                                By:  /s/ John Gleeson
                                    John Gleeson
                                    919 Third Avenue
                                    New York, New York 10022
                                    (212) 909-6000
                                    jgleeson@debevoise.com
                                    *Attorney for Mark P. Goodman and Michael*
                                    *B. Mukasey*

## CERTIFICATE OF SERVICE

I, John Gleeson, attorney for third-parties Mark P. Goodman and Michael B. Mukasey, hereby certify that, on April 17, 2019, I caused to be served via the CM/ECF electronic filing system a copy of the foregoing Notice of Appearance to counsel for the Government and Defendant Mark Nordlicht:

*Counsel for the Government*

Alicyn L. Cooley
David C. Pitluck
Lauren Howard Elbert
Patrick Hein
United States Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201
alicyn.cooley@usdoj.gov
david.pitluck@usdoj.gov
lauren.elbert@usdoj.gov
patrick.hein@usdoj.gov

*Counsel for Defendant Mark Nordlicht*

Jose A. Baez
The Baez Law Firm
40 Sw 13th St, Suite 901
Miami, FL 33130
jose@baezlawfirm.com

Lisabeth Fryer
Lisabeth J. Fryer, P.A.
250 International Parkway, Suite 134
Lake Mary, FL 32746
lisabeth@lisabethfryer.com

Ronald S. Sullivan
Ronald S. Sullivan Jr.
712 H Street, Suite 1354
Washington, DC 20002
rsullivan@ronaldsullivanlaw.com

Duncan Patrick Levin
230 Park Avenue
Suite 440
New York, NY 10169
dlevin@tuckerlevin.com

Dated: April 17, 2019

        /s/ John Gleeson
        John Gleeson