Joseph D. Nohavicka
**Pardalis & Nohavicka, LLP**
3510 Broadway, Suite 201
Astoria, NY 11106
Telephone: (718) 777-0400
Facsimile: (718) 777-0599
*Attorneys for Non-Party*
OLIVER JIMENEZ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | Civ. Case No. 1:16-cr-00640-BMC |
| *Plaintiff,* | |
| -v- | |
| MARK NORDLICHT et al. | **NOTICE OF APPEARANCE** |
| *Defendants.* | |

**PLEASE TAKE NOTICE**, that Joseph D. Nohavicka, a partner of PARDALIS & NOHAVICKA LLP, hereby appears on behalf of Non-Party OLIVER JIMENEZ, in the above-captioned action. Kindly forward all correspondence and notices to this law firm.

Dated: Astoria, New York
April 23, 2019

Respectfully submitted,

PARDALIS & NOHAVICKA, LLP

By: _____
Joseph D. Nohavicka (2758)

1