**MANDATE**

E.D.N.Y.–Bklyn
16-cr-640
Irizarry, C.J.
Cogan, J.

United States Court of Appeals

FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of April, two thousand nineteen.

Present:
    John M. Walker, Jr.,
    José A. Cabranes,
        *Circuit Judges*.*

In re Mark Nordlicht,

        *Petitioner*.

Mark Nordlicht,

        *Petitioner*,

    v.

United States of America,

        *Respondent*.

18-3663

Petitioner seeks a writ of mandamus. Upon due consideration, it is hereby ORDERED that the petition is DENIED because Petitioner has not demonstrated that he lacks an adequate, alternative means of obtaining relief. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004); *United States v. Helmsley*, 866 F.2d 19, 21–22 (2d Cir. 1988).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*[signature: Catherine O'Hagan Wolfe]*

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court
*[signature: Catherine O'Hagan Wolfe]*

* Judge Carney has recused herself from consideration of this motion. Pursuant to Second Circuit Internal Operating Procedure E(b), the matter is being decided by the two remaining members of the panel.

MANDATE ISSUED ON 04/24/2019