# EXHIBIT 1

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

### for the

Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No.   1:16-cr-00640-BMC |
| | ) | |
| Mark Nordlicht et al. | ) | |
| _____ | | |
| *Defendant* | | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:     JON LINDSEY
521 FIFTH AVE.
5th FLOOR
NEW YORK, NY 10175

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | Courtroom No.: 8D South |
|---|---|---|
| | | Date and Time:   05/03/2019 8:30 am |

        You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please bring any and all documents in your possession pertaining to this case. Furthermore, please contact The Baez Law Firm at 305-999-5100 or email us at office@baezlawfirm.com to provide us with your contact information. We will then provide you with sufficient notice of the exact date and time of your testimony. Without exception, if you fail to contact us, you will be expected to be present at the aforementioned location, date and time.

        *(SEAL)*

Date:  4/17/2019
        _____

                                        CLERK OF COURT

                                        _____
                                        *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*          Mark Nordlicht
_____ , who requests this subpoena, are:

The Baez Law Firm
c/o Jose Baez, Esq.
40 SW 13th Street
Suite 901
Miami, Florida 33130
Ph: 305-999-5100
Fx: 305-999-5111
office@baezlawfirm.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    1:16-cr-00640-BMC

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____ JON LINDSEY _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: