

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALC/DCP/LHE/PTH            *271 Cadman Plaza East*
F. #2016R00505             *Brooklyn, New York 11201*

May 6, 2019

**By ECF and Email**

| | |
|---|---|
| Jose Baez, Esq. | Michael S. Sommer, Esq. |
| The Baez Law Firm | Wilson Sonsini Goodrich & Rosati P.C. |
| 40 SW Thirteenth Street, Suite 901 | 1301 Avenue of the Americas, 40th Floor |
| Miami, Florida 33130 | New York, New York 10019 |
| | |
| Kevin J. O'Brien, Esq. | Michael D. Mann, Esq. |
| Ford O'Brien LLP | Sidley Austin LLP |
| 575 Fifth Avenue, 17th Floor | 787 Seventh Avenue |
| New York, New York 10017 | New York, New York 10019 |

Seth L. Levine, Esq.
Levine Lee LLP
650 Fifth Avenue, 13th Floor
New York, New York 10019

Re:   United States v. Mark Nordlicht, et al.
      Criminal Docket No. 16-640 (BMC)

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. All of the enclosed materials qualify as "Discovery Materials" under the January 23, 2017 Stipulation and Order entered in the above-captioned case, ECF Docket No. 76, and their use and dissemination are restricted as provided in that Stipulation and Order. This disclosure supplements the government's earlier disclosures by letters dated January 23, 2017, January 26, 2017, February 14, 2017, February 24, 2017, March 9, 2017, March 27, 2017, April 3, 2017, April 12, 2017, April 26, 2017, May 5, 2017, May 11, 2017, May 26, 2017, June 16, 2017, June 20, 2017, July 3, 2017, July 6, 2017, July 17, 2017, July 27, 2017, August 21, 2017, August 22, 2017, August 30, 2017, September 15, 2017, October 4, 2017, November 7, 2017, December 26, 2017, March 6, 2018 April 2, 2018, May 10, 2018, June 28, 2018, October 5, 2018, October 26, 2018, January 4, 2019, January 25, 2019, February 4, 2019, February 15, 2019, April 4, 2019 and April 25, 2019. The government again requests reciprocal discovery from the defendants.

Defense Counsel
May 6, 2019
Page 2

      The discovery production made available to you on May 6, 2019 contains:

- An email recovered through the search executed at the offices of Platinum Partners on June 22, 2016, which was previously produced to you by the Firewall Team in this case and is now being produced to you with new Bates numbers, as follows: EDNY-PP-SW1-015669617 – EDNY-PP-SW1-015669620.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney
      Eastern District of New York

By:      /s/
      Alicyn L. Cooley
      David C. Pitluck
      Lauren H. Elbert
      Patrick T. Hein
      Assistant U.S. Attorneys
      (718) 254-6389/6108/6284

cc:    Clerk of the Court (BMC) (by ECF) (w/o enclosures)
       Defense Counsel (by ECF and E-mail) (w/o enclosures)