UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA

                - against -

Mark Nordlicht

                Defendant.
------------------------------------------------------------ X

**ORDER OF DETENTION**

16cr00640 (BMC)

COGAN, District Judge:

It is hereby ORDERED the defendant be remanded into custody of the United States Marshal Service following a Detention Hearing held on May 6, 2019.

**SO ORDERED.**

                                            s/BMC
                                            U.S.D.J.

Dated: Brooklyn, New York
       May 6, 2019