# TUCKER LEVIN, PLLC

DUNCAN P. LEVIN
DIRECT DIAL: 646-445-7825
DLEVIN@TUCKERLEVIN.COM

230 PARK AVENUE, SUITE 440

NEW YORK, NEW YORK 10169

212-330-7626

FACSIMILE: 212-422-3305

May 6, 2019

ELECTRONICALLY FILED

Hon Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                                  Re:    United States v. Mark Nordlicht, et al., 16-Cr.-640 (BMC)

Dear Judge Cogan:

      Following a bond revocation hearing, the Court remanded Mr. Nordlicht today. As he is currently standing trial before a jury, we ask the Court to so-order this request for Mr. Nordlicht to be allowed to change into formal business attire for the remainder of the trial.

                                                  Respectfully submitted,

                                                  Duncan P. Levin, Esq.
                                                  *Counsel for Mark Nordlicht*
                                                  (212) 330-7626

cc:     All parties (via ECF)