UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

UNITED STATES OF AMERICA,

                  Plaintiff,

    -against-

MARK NORDLICHT

                  Defendant.

------------------------------------------------------------ X

**ORDER OF RELEASE**

16 Cr. 00640 (BMC)

**COGAN**, District Judge.

The previous order setting conditions of release and bond is reinstated. I hereby order the defendant released from custody of the United States Marshal Service.

**SO ORDERED.**

So Ordered: _____
U.S.D.J. Brian M. Cogan
U.S. District Judge

Dated: Brooklyn, New York
       May 7, 2019