May 6, 2019

BY ECF AND HAND DELIVERY

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

RECEIVED
HON. Brian M. Cogan
MAY 07 2019

Re: United States v. Nordlicht et al
Criminal Docket No. 16-CR-640

Dear Judge Cogan,

As surrogates for the public and reporters covering the Brooklyn Federal Courthouse, we are respectfully requesting that you release the courthouse surveillance videos which the government submitted to you today as Exhibit A in their motion seeking to revoke Mr. Mark Nordlcht's bail because of his actions on May 2, 2019.

As you know, there is a presumption of press and public access under both the Constitution and the common law to court proceedings and judicial documents. What transpired on the courthouse hallways during a break in Mr. Nordlicht's trial and the videotapes of the courthouse incident was relied upon by your honor in reaching your decision and was also openly discussed in court by prosecutors and defense lawyers.

You have previously ruled that courthouse surveillance tapes that were part of a government motion could be released in the case of Mr. Joaquin Guzman Loera and it would be most useful to be able to review the footage.

Thank you for your attention,

New York Post

Newsday

Courthouse News

Law360

Bloomberg News



**NEW YORK POST**
1211 Avenue of the Americas, New York, NY 10036-8790
A NEWS CORPORATION COMPANY

2019 MAY -6 PM 6:55
2019 MAY -5 PM 6:53

The Hon. Brian Cogan



USMS