# TUCKER LEVIN, PLLC

DUNCAN P. LEVIN
DIRECT DIAL: 646-445-7825
DLEVIN@TUCKERLEVIN.COM

230 PARK AVENUE, SUITE 440

NEW YORK, NEW YORK 10169

212-330-7626

FACSIMILE: 212-422-3305

May 16, 2019

ELECTRONICALLY FILED

Hon Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                    Re:    United States v. Mark Nordlicht, et al.,
                              16-Cr.-640 (BMC)

Dear Judge Cogan:

    Mark Nordlicht writes to join Mr. Levy's letter (Docket Entry No. 705) with respect to the request to strike relevant portions of the trial transcript. Having reviewed the Court's proposed curative instruction, Mr. Nordlicht has no objection.

                                                  Respectfully submitted,

                                                  Duncan P. Levin, Esq.
                                                  *Counsel for Mark Nordlicht*
                                                  (212) 330-7626

cc:    All parties (via ECF)