UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

  - against -                                                      <u>VERDICT SHEET</u>

  MARK NORDLICHT,                                       16 CR 640 (BMC)
  DAVID LEVY,
  JOSEPH SANFILIPPO,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - -X

**<u>AS TO COUNT ONE:  Conspiracy to Commit Securities Fraud and Investment Adviser Fraud – The Investment Scheme</u>**

1.  On the charge of conspiracy to commit securities fraud and investment adviser fraud in connection with the Investment Scheme in COUNT ONE, how do you find the defendant **MARK NORDLICHT**?

      **GUILTY \_\_\_\_\_      NOT GUILTY \_\_\_\_\_**

    If your verdict is guilty, which of the following do you unanimously find to be an object of the conspiracy in Count One?

      **SECURITIES FRAUD \_\_\_\_\_**
      **INVESTMENT ADVISER FRAUD \_\_\_\_\_**
      **BOTH \_\_\_\_**

2.  On the charge of conspiracy to commit securities fraud and investment adviser fraud in connection with the Investment Scheme in COUNT ONE, how do you find the defendant **DAVID LEVY**?

   **GUILTY _____     NOT GUILTY _____**

   If your verdict is guilty, which of the following do you unanimously find to be an object of the conspiracy in Count One?

   **SECURITIES FRAUD _____**
   **INVESTMENT ADVISER FRAUD _____**
   **BOTH ____**

3.  On the charge of conspiracy to commit securities fraud and investment adviser fraud in connection with the Investment Scheme in COUNT ONE, how do you find the defendant **JOSEPH SANFILIPPO**?

   **GUILTY _____     NOT GUILTY _____**

   If your verdict is guilty, which of the following do you unanimously find to be an object of the conspiracy in Count One?

   **SECURITIES FRAUD _____**
   **INVESTMENT ADVISER FRAUD _____**
   **BOTH ____**

**AS TO COUNT TWO:  Conspiracy to Commit Wire Fraud – The Investment Scheme**

4.  On the charge of conspiracy to commit wire fraud in connection with the Investment Scheme charged in COUNT TWO, how do you find the defendant **MARK NORDLICHT**?

   **GUILTY _____     NOT GUILTY _____**

5.  On the charge of conspiracy to commit wire fraud in connection with the Investment Scheme charged in COUNT TWO, how do you find the defendant **DAVID LEVY**?

   **GUILTY _____     NOT GUILTY _____**

6.  On the charge of conspiracy to commit wire fraud in connection with the Investment Scheme charged in COUNT TWO, how do you find the defendant **JOSEPH SANFILIPPO**?

   **GUILTY _____     NOT GUILTY _____**

**AS TO COUNT THREE:  Securities Fraud – PPVA**

7.  On the charge of securities fraud in connection with PPVA charged in COUNT THREE, how do you find the defendant **MARK NORDLICHT**?

       **GUILTY _____**     **NOT GUILTY _____**

8.  On the charge of securities fraud in connection with PPVA charged in COUNT THREE, how do you find the defendant **DAVID LEVY**?

       **GUILTY _____**     **NOT GUILTY _____**

9.  On the charge of securities fraud in connection with PPVA charged in COUNT THREE, how do you find the defendant **JOSEPH SANFILIPPO**?

       **GUILTY _____**     **NOT GUILTY _____**

**AS TO COUNT FOUR:  Securities Fraud – PPNE**

10.  On the charge of securities fraud in connection with PPNE in COUNT FOUR, how do you find the defendant **MARK NORDLICHT**?

       **GUILTY _____**     **NOT GUILTY _____**

11.  On the charge of securities fraud in connection with PPNE in COUNT FOUR, how do you find the defendant **DAVID LEVY**?

       **GUILTY _____**     **NOT GUILTY _____**

12.  On the charge of securities fraud in connection with PPNE in COUNT FOUR, how do you find the defendant **JOSEPH SANFILIPPO**?

       **GUILTY _____**     **NOT GUILTY _____**

**AS TO COUNT FIVE: Investment Adviser Fraud – The Investment Scheme**

13.  On the charge of investment adviser fraud in connection with the Investment Scheme in COUNT FIVE, how do you find the defendant **MARK NORDLICHT**?

       **GUILTY _____**     **NOT GUILTY _____**

3

14. On the charge of investment adviser fraud in connection with the Investment Scheme in COUNT FIVE, how do you find the defendant **DAVID LEVY**?

     **GUILTY** _____     **NOT GUILTY** _____

15. On the charge of investment adviser fraud in connection with the Investment Scheme in COUNT FIVE, how do you find the defendant **JOSEPH SANFILIPPO**?

     **GUILTY** _____     **NOT GUILTY** _____

**<u>AS TO COUNT SIX:  Conspiracy to Commit Securities Fraud – Black Elk Bond Scheme</u>**

16. On the charge of conspiracy to commit securities fraud in connection with the Black Elk Bond Scheme in COUNT SIX, how do you find the defendant **MARK NORDLICHT?**

     **GUILTY** _____     **NOT GUILTY** _____

17. On the charge of conspiracy to commit securities fraud in connection with the Black Elk Bond Scheme in COUNT SIX, how do you find the defendant **DAVID LEVY?**

     **GUILTY** _____     **NOT GUILTY** _____

**<u>AS TO COUNT SEVEN:  Conspiracy to Commit Wire Fraud – Black Elk Bond Scheme</u>**

18. On the charge of conspiracy to commit wire fraud in connection with the Black Elk Bond Scheme in COUNT SEVEN, how do you find the defendant **MARK NORDLICHT?**

     **GUILTY** _____     **NOT GUILTY** _____

19. On the charge of conspiracy to commit wire fraud in connection with the Black Elk Bond Scheme in COUNT SEVEN, how do you find the defendant **DAVID LEVY?**

     **GUILTY** _____     **NOT GUILTY** _____

**<u>AS TO COUNT EIGHT:  Securities Fraud – Black Elk Bond Scheme</u>**

20. On the charge of securities fraud in connection with the Black Elk Bond Scheme in COUNT EIGHT, how do you find the defendant **MARK NORDLICHT?**

     **GUILTY** _____     **NOT GUILTY** _____

21. On the charge of securities fraud in connection with the Black Elk Bond Scheme in COUNT EIGHT, how do you find the defendant **DAVID LEVY?**

**GUILTY \_\_\_\_\_     NOT GUILTY \_\_\_\_\_**

DATED:   Brooklyn, NY

_____, 2019                    _____

Signature of Foreperson

5