# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
**Eastern** District of **New York**

UNITED STATES OF AMERICA

- against -

DAVID LEVY,

Defendant.

Docket Number __16-CR-640 (BMC)__

__The Honorable Brian M. Cogan__
(District Court Judge)

Notice is hereby given that __the United States of America__ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment __X__ ; Order __X__ ; Other _____ ; __granting motions for acquittal and new trial__.
(specify)

entered in this action on __September 27, 2019 and October 2, 2019__.
(specify)

Offense occurred after November 1, 1987    Yes __X__    No _____.

The appeal concerns: __order granting motions for judgment of acquittal and new trial__.

Date __October 4, 2019__

__David C. James, AUSA__
(Counsel for Appellant)

TO:  Michael Sommer, Esq.
     Wilson Sonsini Goodrich & Rosati, P.C.
     1301 Avenue of the Americas, 40th Floor
     New York, NY  10016

Address:  U.S. Attorney's Office - E.D.N.Y.
          271 Cadman Plaza East
          Brooklyn, New York, 11201

Telephone Number: 718-254-6282
E-Mail: David.James@usdoj.gov

---

(TO BE COMPLETED BY ATTORNEY)

▶ QUESTIONNAIRE      ▶ TRANSCRIPT ORDER      ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

___ I am ordering a transcript.
_X_ I am not ordering a transcript.

Reason:
___ Daily copy is available
_X_ U.S. Attorney has placed order
___ Other. Attach explanation

Prepare transcript of                Dates
___ Pre-trial proceedings
___ Trial
___ Sentence
___ Post-trial proceedings

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))  ▶ Method of payment ___ Funds ___ CJA Form 24

ATTORNEY'S signature   /s/ David C. James          Date   October 4, 2019

---

▶ COURT REPORTER ACKNOWLEDGMENT      To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
                                    (Court Reporter)

COPY1 - ORIGINAL

*U.S. GPO: 2001-611-552/60