# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
_____ Eastern _____ District of _____ New York _____

**UNITED STATES OF AMERICA**

**- against -**

**MARK NORDLICHT,**

**Defendant.**

Docket Number _____ **16-CR-640 (BMC)** _____

_____ **The Honorable Brian M. Cogan** _____
**(District Court Judge)**

Notice is hereby given that _____ **the United States of America** _____
appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment _____ ;   Order __ **X** __ ;   Other _____ ;   __ **granting motion for new trial** _____ .
**(specify)**

entered in this action on _____ **September 27, 2019** _____ .
**(specify)**

Offense occurred after November 1, 1987   Yes __ **X** __     No _____ .

The appeal concerns: __ **order granting motion for new trial** _____ .

**Date** _____ **October 4, 2019** _____     _____ **David C. James, AUSA** _____
**(Counsel for Appellant)**

**TO:**   Jose Baez, Esq.
The Baez Law Firm
1200 Brickell Ave, Suite 620
Miami, FL 33131

**Address:**   **U.S. Attorney's Office - E.D.N.Y.**
**271 Cadman Plaza East**
**Brooklyn, New York, 11201**

**Telephone Number:**   **718-254-6282**
**E-Mail:**   **David.James@usdoj.gov**

_____

**(TO BE COMPLETED BY ATTORNEY)**

▶ **QUESTIONNAIRE**   |   ▶ **TRANSCRIPT ORDER**   ▶ **DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)**

____ I am ordering a transcript.
__ **X** __ I am not ordering a transcript.

**Reason:**
____ Daily copy is available
__ **X** __ U.S. Attorney has placed order
____ Other. Attach explanation

**Dates**
**Prepare transcript of**
____ Pre-trial proceedings _____
____ Trial                 _____
____ Sentence
____ Post-trial proceedings _____

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment __ Funds __ CJA Form 24

**ATTORNEY'S signature**   **/s/ David C. James**   |   **Date**   **October 4, 2019**

▶ **COURT REPORTER ACKNOWLEDGMENT**   To be completed by Court Reporter and forwarded to Court of Appeals.

**Date order received**   |   **Estimated completion date**   |   **Estimated number of pages**

**Date** _____   **Signature** _____
**(Court Reporter)**

**COPY1 - ORIGINAL**