# NOTICE OF APPEAL

## UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

UNITED STATES OF AMERICA

- against -

MARK NORDLICHT,

Defendant.

Docket Number __16-CR-640 (BMC)__

__The Honorable Brian M. Cogan__
**(District Court Judge)**

Notice is hereby given that __the United States of America__ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment ____ ;   Order __X__ ;   Other ____ ;   __granting motion for new trial__ .
**(specify)**

entered in this action on __September 27, 2019__ .
**(specify)**

Offense occurred after November 1, 1987    Yes __X__    No ____ .

The appeal concerns:   __order granting motion for new trial__ .

Date __October 4, 2019__         __David C. James, AUSA__
                                  **(Counsel for Appellant)**

TO:   Jose Baez, Esq.                Address:   U.S. Attorney's Office - E.D.N.Y.
      The Baez Law Firm                         271 Cadman Plaza East
      1200 Brickell Ave, Suite 620              Brooklyn, New York, 11201
      Miami, FL 33131

                                     Telephone Number:   718-254-6282
                                     E-Mail:             David.James@usdoj.gov

---

**(TO BE COMPLETED BY ATTORNEY)**

▶ QUESTIONNAIRE    ▶ TRANSCRIPT ORDER    ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

____ I am ordering a transcript.
__X__ I am not ordering a transcript.

Reason:
____ Daily copy is available
__X__ U.S. Attorney has placed order
____ Other. Attach explanation

Prepare transcript of          Dates
____ Pre-trial proceedings     _____
____ Trial                     _____
____ Sentence                  _____
____ Post-trial proceedings    _____

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))   ▶ Method of payment ____ Funds ____ CJA Form 24

ATTORNEY'S signature   __/s/ David C. James__     Date   __October 4, 2019__

---

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
                              **(Court Reporter)**

COPY1 - ORIGINAL

*U.S. GPO: 2001-611-552/60