UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK NORDLICHT et al.,<br><br>Defendants. | Case No. 1:16-cr-00640-BMC |

# NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Andrew J. Levander of Dechert LLP, hereby enter my appearance on behalf of Defendant Mark Nordlicht, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
January 7, 2022

DECHERT LLP

By: /s/ Andrew J. Levander
　　Andrew J. Levander
andrew.levander@dechert.com
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.:(212) 698-3500
Fax: (212) 698-3599

*Attorney for Mark Nordlicht*