

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**ANDREW J. LEVANDER**

andrew.levander@dechert.com
+1 212 698 3683  Direct
+1 212 698 3599  Fax

February 15, 2022

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-BMC (E.D.N.Y.)

Dear Judge Cogan:

We represent Mark Nordlicht in the above captioned action.  On behalf of Mr. Nordlicht, we respectfully request permission to join the scheduling conference set for February 23, 2022, at 4:45 PM.

As Mr. Levy's counsel advised in his February 14 letter, Mr. Levy and Mr. Nordlicht jointly requested access to the grand jury minutes and a briefing schedule on defendants' related motion regarding outstanding issues.  In addition, Mr. Nordlicht similarly has a sentencing hearing scheduled for April 6, 2022, which may be affected by additional briefing or the same delays that bear on Mr. Levy's sentencing hearing.  We therefore would request permission to join the February 23 scheduling conference so as to participate in any discussions regarding these matters.

                Respectfully,

                /s/ *Andrew J. Levander*

cc:  All Counsel (via ECF)

                Andrew J. Levander
                Steven A. Engel
                Three Bryant Park
                1095 Avenue of the Americas
                New York, NY 10036
                (212) 698-3683
                andrew.levander@dechert.com

                *Counsel for Mark Nordlicht*