

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**ANDREW J. LEVANDER**

andrew.levander@dechert.com
+1 212 698 3683  Direct
+1 212 698 3599  Fax

November 22, 2022

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-BMC (E.D.N.Y.)

Dear Judge Cogan:

On behalf of Mark Nordlicht, and with the consent of all parties, we respectfully request that the Court reschedule the joint hearing on loss in this matter.

Last week, the Court adjourned the joint hearing until February 15, 2023.  Unfortunately, counsel for Mr. Nordlicht has a preexisting conflict on that day.

We have conferred with the parties on their availability, and all parties would be available on February 13 or February 14.  We therefore respectfully request that the hearing be reset for one of those days, if convenient for the Court.

cc:  All Counsel (via ECF)

Respectfully,

/s/ *Andrew J. Levander*

Andrew J. Levander
Steven A. Engel
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3683
andrew.levander@dechert.com

*Counsel for Mark Nordlicht*