

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**ANDREW J. LEVANDER**

andrew.levander@dechert.com
+1 212 698 3683 Direct
+1 212 698 3599 Fax

January 27, 2023

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-BMC (E.D.N.Y.)

Dear Judge Cogan:

On behalf of Defendant Mark Nordlicht, and with the consent of all parties, we respectfully request that the Court reschedule the joint hearing on loss in this matter.

On January 23, 2023, the Court adjourned the joint hearing from February 14, 2023, to February 17, 2023. Unfortunately, a number of counsel have preexisting conflicts on February 17.

We have conferred with counsel for the defendants and for the government, and all parties would be available on March 7, 2023. We therefore respectfully request that the hearing be reset for March 7, 2023, if that date would be convenient for the Court.

Respectfully,

/s/ *Andrew J. Levander*

Andrew J. Levander
Steven A. Engel
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3683
andrew.levander@dechert.com

*Counsel for Defendant Mark Nordlicht*

cc: All Counsel (via ECF)