

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DCP
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 14, 2024

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Mark Nordlicht, et. al
       <u>Criminal Docket No. 16-640 (BMC)</u>

Dear Judge Cogan:

   The government writes to respectfully request that the Court advance the time of defendant Mark Nordlicht's sentencing, scheduled for May 22, 2024 at 3:00 p.m. If the Court is available, the government requests that the Court advance the sentencing to the morning of May 22, as early as 10:00 a.m. or thereafter. If the Court is unavailable earlier in the day, the parties are prepared to proceed as scheduled at 3:00 p.m. and are not requesting a change in the sentencing date. Counsel for the defendant consents to the application to advance the time of sentencing on May 22.

           Respectfully submitted,

           BREON PEACE
           United States Attorney

       By:   /s/
           David C. Pitluck
           Nick M. Axelrod
           Assistant U.S. Attorneys
           (718) 254-7000

cc: Clerk of the Court (BMC) (by ECF)
   Defense counsel (by ECF)