

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**ANDREW J. LEVANDER**

andrew.levander@dechert.com
+1 212 698 3683 Direct
+1 212 698 3599 Fax

July 25, 2024

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-BMC (E.D.N.Y.)

Dear Judge Cogan:

We represent defendant Mark Nordlicht. On July 16, 2024, the Court sentenced Mr. Nordlicht to two years of probation, including a special condition of six months home confinement "with leave to depart only for religious and medically necessary reasons, and for a one week period to attend his father['s] Yahrzeit in Israel in August 2024." Dkt. 1052.

Mr. Nordlicht plans to leave for Israel on August 20, 2024 and return to New York early in the morning of August 28, 2024. To enter Israel, Mr. Nordlicht will require his passport, which he had previously surrendered to Pretrial Services. On July 18, 2024, Pretrial Services also informed Mr. Nordlicht that he should seek a court order for the return of his passport within ninety days of the termination of the pretrial order.

Mr. Nordlicht very much appreciates the Court's accommodation with respect to his father's Yahrzeit. We respectfully request that the Court enter an order directing Pretrial Services to return Mr. Nordlicht's passport to him.

Respectfully submitted,

/s/ *Andrew J. Levander*
Andrew J. Levander
Steven A. Engel
Three Bryant Park
1095 Avenue of the Americas

cc: All Counsel (via ECF)



New York, NY 10036
(212) 698-3683
andrew.levander@dechert.com

*Counsel for Mark Nordlicht*