# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
__Eastern__ District of __New York__

**UNITED STATES OF AMERICA**

- against -

**MARK NORDLICHT,**

**Defendant.**

Docket Number __16-CR-640 (BMC)__

__The Honorable Brian M. Cogan__
(District Court Judge)

Notice is hereby given that __the United States of America__ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment __x__ ; Order __x__ ; Other _____ ; _____
(specify)

entered in this action on __July 12, 2023 (ECF No. 1004), July 18, 2023 (ECF No. 1005), July 16, 2024 (ECF No. 1052)__
(specify)

Offense occurred after November 1, 1987    Yes __X__    No _____ .

The appeal concerns: __Loss order, post-trial motions, and sentencing__

Date __August 15, 2024__        __Amanda Shami, AUSA__
(Counsel for Appellant)

TO:  Andrew J. Levander & Steven A. Engel, Esq.
Dechert LLP
Three Bryant Park, 1095 Avenue of the Americas
New York, New York 10036
Telephone: 212-698-3683
Email: steven.engel@dechert.com

Address:  United States Attorney's Office - EDNY
271-A Cadman Plaza East
Brooklyn, New York, 11201
Telephone: 718-254-7528
E-Mail: amanda.shami@usdoj.gov

ADD ADDITIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER  ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| ___ I am ordering a transcript.<br>_X_ I am not ordering a transcript.<br>**Reason:**<br>___ Daily copy is available<br>_X_ U.S. Attorney has placed order<br>___ Other. Attach explanation | **Dates**<br>**Prepare transcript of**<br>___ Pre-trial proceedings _____<br>___ Trial _____<br>___ Sentence _____<br>___ Post-trial proceedings _____ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment ___ Funds ___ CJA Form 24 _X_ U.S. Attorney's Office Will Pay

ATTORNEY'S signature    /s/ Amanda Shami        Date August 15, 2024

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

**COPY1 – ORIGINAL**

U.S. GPO: 2001-611-552/60002