UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | SATISFACTION OF JUDGMENT |
| -against- | Docket No. CR-16-0640<br>Cogan, J. |
| MARK NORDLICHT, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $5,200.00, that is, a fine in the amount of $5,000.00, and a special assessment in the amount of $200.00, on July 16, 2024, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on July 17, 2024; and

WHEREAS, said judgment has been fully paid as to the defendant MARK NORDLICHT;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant MARK NORDLICHT.

Dated:     Brooklyn, New York
           September 10, 2024

                                          BREON PEACE
                                          United States Attorney
                                          Eastern District of New York
                                          271 Cadman Plaza East, 8th Fl.
                                          Brooklyn, New York 11201

                      By:     /s/
                                          MADELINE O'CONNOR
                                          Assistant U.S. Attorney
                                          (631) 715-7870