UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

- against -

MARK NORDLICHT, et al.,

Defendants.

------------------------------------------------------------X

CASE NO.: 1:16-cr-00640-BMC

ECF Case

## ~~PXXXXX~~ Proposed Order

It is hereby ordered that:

1. The Defendant may travel freely within the Eastern District of New York (EDNY), the District of New Jersey, the Southern District of New York (SDNY), and the District of Connecticut without prior notice to Pretrial Services.
2. For domestic travel beyond these districts, the Defendant shall provide one week's notice to Pretrial Services, including a comprehensive itinerary.
3. For international travel, the Defendant shall provide two weeks' notice to Pretrial Services, including a comprehensive itinerary. The Government shall return Mr. Nordlicht's passport, which he will be authorized to use for approved international travel.

Dated: Brooklyn, NY
Jan. 21, 2025

*Brian M. Cogan*

Brian M. Cogan
United States District Judge